■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY BARNHILL, Appellant.—Judgment, Supreme Court, New York County (Peter McQuillan, J.), rendered on November 1, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Milonas, Kassal, Rosenberger and Wallach, JJ.

■ BIG APPLE INDUSTRIAL BUILDINGS, INC., Appellant, v PROCTOR & GAMBLE COMPANY, Respondent, et al., Defendant. EASTERN STATES/KAHN ELECTRIC, INC., Additional Party With Respect to Counterclaims, Appellant, et al., Additional Parties With Respect to Counterclaims.—Order, Supreme Court, New York County (Jacqueline Silbermann, J.), entered on April 19, 1988, unanimously affirmed for the reasons stated by Jacqueline Silbermann, J. Respondent shall recover of appellants one bill of $250 costs and disbursements of this appeal. Concur—Sullivan, J. P., Milonas, Kassal and Rosenberger, JJ.